IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEWIS COLEMAN                                                                                       PLAINTIFF

v.                                          No. 6:15-CV-06117

LILY TRANSPORTATION CORPORATION;
and JORGE A. CONTRERAS                                                                  DEFENDANTS

## JUDGMENT

On the 14th day of February, 2017, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of Plaintiff's presentation of evidence, Defendants moved for judgment as a matter of law as to all of Plaintiff's claims. The motion was granted in part and denied in part as stated orally on the record. At the completion of trial, the case was submitted to the jury and a unanimous verdict was reached in favor of Defendants Lily Transportation Corporation and Jorge A. Contreras. (Doc. 51).

The verdict form was signed and dated by the jury foreperson. In accordance with the Court's order on the motion and with the verdict, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Lewis Coleman takes nothing on his complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

IT IS SO ORDERED AND ADJUDGED this 16th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE